# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Xerox Corporation ) ASBCA No. 61712
)
Under Contract No. GS-25F-0062L )
D.O. No. SP7000-15-F-0102 *et al.* )

APPEARANCE FOR THE APPELLANT:  Donald J. Walsh, Esq.
  Wright, Constable & Skeen, LLP
  Baltimore, MD

APPEARANCES FOR THE GOVERNMENT:  Daniel K. Poling, Esq.
  DLA Chief Trial Attorney
  Jared M. Miller, Esq.
  Trial Attorney
  DLA Energy
  Fort Belvoir, VA

  Bruce T. McCarty, Esq.
  Trial Attorney
  DLA Distribution
  New Cumberland, PA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: August 14, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61712, Appeal of Xerox Corporation, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals